**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**KRISTY SHACKELFORD**                                                          **PLAINTIFF**

**V.**                                                                 **NO. 1:25-CV-157-DMB-DAS**

**LINCOLN FINANCIAL GROUP**
**d/b/a The Lincoln National Life**
**Insurance Company Disability**                                          **DEFENDANT**

**RECUSAL ORDER**

The undersigned district judge recuses from this case.  The Clerk of the Court is directed to

reassign this case to another district court judge.

**SO ORDERED**, this 28th day of October, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**