IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No: 1:25-CV-157-GHD-DAS

Place Held: Judge Sanders' Chambers
(Telephonically)

Style: Kristy Shackelford v Lincoln Financial Group

Date:        February 2, 2026
Begin:       10:00 a.m.
End:         10:20 a.m.
Total Time:  20 minutes

PRESENT:    David A. Sanders     United States Magistrate Judge

ATTORNEY PARTICIPATING
FOR PLAINTIFF

Leanna Reynolds

ATTORNEYS PARTICIPATING
FOR DEFENDANT

Adam Harris
Iwana Rademaekers

PROCEEDINGS: Telephonic Case Management Conference

Docket Entry:    Case Management Order to be entered.

DANIEL B. MCHUGH, CLERK

By:    /s/ Jennifer L. Frantz
       Courtroom Deputy