Criminal Notice (N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

KRISTY SHACKELFORD                                                    **PLAINTIFF**

V                                                    CASE NO. 1:25CV00157-GHD-DAS

LINCOLN FINANCIAL GROUP D/B/A/ THE                    **DEFENDANT**
LINCOLN NATIONAL LIFE INSURANCE
COMPANY DISABILITY

**TAKE NOTICE** that a proceeding in this case has been SET for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| UNITED STATES FEDERAL BLDG. | COURTROOM NO. 2 – THIRD FLOOR |
| 301 WEST COMMERCE STREET | **Date and Time** |
| ABERDEEN, MISSISSIPPI | MONDAY, JUNE 7, 2027, 9:30 A.M. |

**Type of Proceeding**

### NON-JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON.

DANIEL B. McHUGH, Clerk of Court

BY: /s/ *Terrie L. Reed*_____
Courtroom Deputy

Date:  February 12, 2026

Electronic Notice To:
Counsel of Record

**CONTACT CHAMBERS IF YOU HAVE ANY QUESTIONS.**
**Judge_davidson@msnd.uscourts.gov**
**662.369.6486**